**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

VELVETTE HANNIG,

     Plaintiff,

v.

RAFAEL G. JUAREZ, M.D., et al.,

     Defendants.

2:12-cv-2058-LDG-GWF

**ORDER**

Given the magistrate judge's prior sound analyses in cases raising the issues presented here,

THE COURT HEREBY DIRECTS that plaintiff's motion for remand (#7) is REFERRED to the magistrate judge for issuance of a report and recommendation.

Dated this 15 day of April, 2012.

_____
Lloyd D. George
United States District Judge